## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Lois Bloom          **DATE :** 10/10/12

**DOCKET NUMBER:** 12CR634(DLI)          **LOG # :** 11:29 - 11:40

**DEFENDANT'S NAME :** Troy Stevens, Jr.
✓ Present    ___ Not Present    ✓ Custody    ___ Bail

**DEFENSE COUNSEL :** Joseph Conway
___ Federal Defender    ___ CJA    ✓ Retained

**A.U.S.A:** Martin Coffey          **DEPUTY CLERK :** K. DiLorenzo

**INTERPRETER :** _____ (Language) _____

___ Hearing held.    ___ Hearing adjourned to _____

✓ Defendant was released on $250,000 _____ PRB with/without some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

✓ Additional surety (ies) to co-signed bond by 10/16/12

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.    Code Type ___    Start _____    Stop _____

✓ Order of Speedy Trial entered.    Code Type ___    Start 10/10/12    Stop 10/29/12

✓ Defendant's first appearance.    ✓ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

✓ Status conference set for 10/29/12 @ 11am before Judge Irizarry

**OTHERS :** _____